STATE OF CONNECTICUT *v.* ANDRE WALTERS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 297 (AC 26651), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided April 25, 2006